RECEIVED
IN ALEXANDRIA, LA
JUL 27 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL RAY CYRIAK | DOCKET NO. 1:05 CV 0937 |
| | SECTION P |
| VS. | JUDGE DEE D. DRELL |
| RAPIDES PARISH COURTHOUSE | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF DISMISSAL

After an independent review of the record, noting the absence of objections thereto, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation previously filed herein,

**IT IS ORDERED** that this civil rights action is denied and **DISMISSED WITH PREJUDICE as frivolous** pursuant to 28 U.S.C. § 1915(e)(2)(i)(iii).

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana, on this 27th day of July, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE